## Tennessee Central R. R. Co. v. Reeves' Admr.

(Decided May 3, 1911.)

### Appeal from Christian Circuit Court.

Though the bill of exceptions is delayed by appellee, the appeal will be dismissed with damages, if the record is not filed in time, unless the time is extended.

JAMES C. COOK and HESTER & ALLENSWORTH for appellant.

DOWER & RUSSELL for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON— Motion sustained.

It is incumbent on appellant to have the time for filing the record extended when the bill of exceptions was not filed, although it was delayed by appellee. The time having expired and the record not having been filed, the appeal, under the statutes, must be dismissed with damages.

Motion sustained.